IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM FLORES, )<br>)<br>)<br>)<br>        Petitioner,    )<br>)<br>    vs.                )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>        Respondent.    )<br>)<br>_____) | No. CV-F-05-823 OWW<br>(No. CR-F-03-5006 OWW)<br><br>MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

On June 22, 2005, Petitioner Abraham Flores timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner pleaded guilty pursuant to a written Plea Agreement to use of a communication facility in connection with a drug offense in violation of 21 U.S.C. § 843(b). Petitioner was sentenced on June 25, 2004 to 48 months incarceration.

Petitioner's Section 2255 motion asserts that his sentence is unconstitutional based on *United States v. Booker*, 543 U.S.

1

1 | 220 (2005).

2 |     Petitioner's motion is DENIED. *Booker* is not retroactive to cases on collateral review. *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006).

    For the reasons stated:

    1.  Petitioner Abraham Flores' motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

    2.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

    IT IS SO ORDERED.

Dated:  **August 1, 2008**          /s/ Oliver W. Wanger  
                                          UNITED STATES DISTRICT JUDGE