# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT on Motion Under 28 USC 2255**

**USA,**

CASE NO: **1:03–CR–05006–OWW**

v.

**ABRAHAM FLORES,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 08/04/2008**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 4, 2008**

by: /s/ T. Lundstrom
Deputy Clerk